UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Kevin G. McDonald, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
kmcdonald@kmllawgroup.com
Attorneys for Village Capital & Investment, LLC

Case No: 19-29782 MBK

In Re:
Michael J. Carbotti
Joanne M. Carbotti

Chapter: 13

Judge: Michael B. Kaplan

Debtors

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Village Capital & Investment, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 10/25/2019

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*