Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 19-29782 / MBK**

Michael J. Carbotti  
Joanne M. Carbotti

Petition Filed Date: 10/20/2019  
341 Hearing Date: 11/21/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/04/2019 | $1,000.00 | 62947040 | 12/03/2019 | $1,000.00 | 63712370 | | | |

**Total Receipts for the Period: $2,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael J. Carbotti | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian F. O'Malley | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | INTERNAL REVENUE SERVICE | Priority Crediors | $5,817.07 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $210.69 | $0.00 | $0.00 |
| 3 | DISCOVER BANK | Unsecured Creditors | $4,680.97 | $0.00 | $0.00 |
| 4 | DISCOVER BANK | Unsecured Creditors | $18,263.32 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR LLC | Unsecured Creditors | $4,633.02 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR | Unsecured Creditors | $3,196.33 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR | Unsecured Creditors | $3,422.47 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR | Unsecured Creditors | $1,834.51 | $0.00 | $0.00 |
| 9 | MERRICK BANK | Unsecured Creditors | $3,631.15 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,776.86 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,544.59 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,867.13 | $0.00 | $0.00 |
| 13 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,243.76 | $0.00 | $0.00 |
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,022.66 | $0.00 | $0.00 |
| 15 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,816.74 | $0.00 | $0.00 |
| 16 | VW Credit Leasing, Ltd<br>»»  2019 VOLKSWAGEN JETTA/LEASE | Debt Secured by Vehicle | $20.94 | $0.00 | $0.00 |
| 17 | TD BANK USA NA | Unsecured Creditors | $3,656.92 | $0.00 | $0.00 |
| 18 | Village Capital & Investment LLC<br>»»  P/142 LIONS HEAD BOULEVARD S/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-29782 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 19 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR | Unsecured Creditors | $10,458.86 | $0.00 | $0.00 |
| 20 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,109.01 | $0.00 | $0.00 |
| 21 | TOYOTA MOTOR CREDIT CORP<br>»» DEF BAL/2018 TOYOTA COROLLA/LEASE | Unsecured Creditors | $2,230.36 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WAL-MART | Unsecured Creditors | $6,855.81 | $0.00 | $0.00 |
| 23 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $583.95 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS | Unsecured Creditors | $3,311.33 | $0.00 | $0.00 |
| 25 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE, NA/SAKS FIFTH AVE | Unsecured Creditors | $1,810.69 | $0.00 | $0.00 |
| 26 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $920.92 | $0.00 | $0.00 |
| 27 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,012.87 | $0.00 | $0.00 |
| 28 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,404.41 | $0.00 | $0.00 |
| 29 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $993.28 | $0.00 | $0.00 |
| 30 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $732.29 | $0.00 | $0.00 |
| 31 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $985.53 | $0.00 | $0.00 |
| 32 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BP | Unsecured Creditors | $6,705.16 | $0.00 | $0.00 |
| 33 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MODELL'S MVP VISA | Unsecured Creditors | $14,239.78 | $0.00 | $0.00 |
| 34 | Verizon by American InfoSource as Agent | Unsecured Creditors | $291.76 | $0.00 | $0.00 |
| 35 | ALLY CAPITAL<br>»» 2018 SUBARU OUTBACK | Debt Secured by Vehicle | $34.92 | $0.00 | $0.00 |
| 36 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $4,199.78 | $0.00 | $0.00 |
| 37 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $5,170.02 | $0.00 | $0.00 |
| 38 | SYNCHRONY BANK<br>»» PAYPAL | Unsecured Creditors | $3,818.51 | $0.00 | $0.00 |
| 39 | SYNCHRONY BANK<br>»» PAYPAL | Unsecured Creditors | $1,473.07 | $0.00 | $0.00 |
| 40 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $2,400.96 | $0.00 | $0.00 |
| 41 | TD BANK, N.A. | Unsecured Creditors | $9,679.10 | $0.00 | $0.00 |
| 42 | TD BANK, N.A. | Unsecured Creditors | $9,679.10 | $0.00 | $0.00 |
| 43 | NJCLASS | Unsecured Creditors | $30,526.32 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-29782 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $288.00 | Arrearages: | $0.00 |
| Funds on Hand: | $3,712.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**