Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–29782–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael J. Carbotti | Joanne M. Carbotti |
| 142 Lions Head Boulevard South | 142 Lions Head Boulevard South |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
  xxx–xx–8533                                               xxx–xx–9014

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           4/8/20
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 3, 2020
JAN: mrg

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

Case 19-29782-MBK    Doc 24    Filed 03/05/20    Entered 03/06/20 00:36:00    Desc Imaged
                         Certificate of Notice    Page 2 of 4

```
                             United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                   Case No. 19-29782-MBK
Michael J. Carbotti                                                      Chapter 13
Joanne M. Carbotti
        Debtors                         CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                  Page 1 of 3                  Date Rcvd: Mar 03, 2020
                               Form ID: 132                 Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db/jdb         +Michael J. Carbotti,    Joanne M. Carbotti,    142 Lions Head Boulevard South,
                 Brick, NJ 08723-7823
518520739       BP Visa Signature Credit Card/Synchrony,    Bankruptcy Department,    PO Box 965060,
                 Orlando, FL 32896-5060
518588420       CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
518609303       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518520744      +Capital One/ Sachs Ffth Avenue,    3455 Highway 80 West,    Jackson, MS 39209-7202
518520747      +Chase Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
518520749      +Costco Visa By Citi,    PO Box 9001016,    Louisville, KY 40290-1016
518520750      +Credit First NA,    PO Box 81344,    Cleveland, OH 44188-0001
518520751      +Department of Education,    PO Box 2837,    Portland, OR 97208-2837
518520754       EZ Pass Violation Processing,    PO Box 52005,    Newark, NJ 07101-8205
518520755      +First National Bank Omaha,    PO Box 2557,    Omaha, NE 68103-2557
518520757       First Premier Bank,    Credit Card department,    PO Box 5519,    Sioux Falls, SD 57117-5519
518520756       First Premier Bank,    PO Box 5619,    Sioux Falls, SD 57117-5519
518559102      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
518520761      +Lord and Taylor,    PO Box 71106,    Charlotte, NC 28272-1106
518520763      +Macys,   PO Box 183083,    Columbus, OH 43218-3083
518617010      +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
518682676      +NJCLASS,    PO Box 548,    Trenton, NJ 08625-0548
518520765      +New Jersey Division of Pensions,    and Benefits,    50 West State Street,
                 Trenton, NJ 08608-1220
518520766      +New Jersey Turnpike Authority,    P.O. Box 4971,    Trenton, NJ 08650-4971
518520767       New York City Department of Finance,    Church Street Station,    PO Box 3640,
                 New York, NY 10008-3640
518739336     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                 Trenton, NJ 08695-0272)
518520775       TD Bank Visa,    PO Box 100290,    Fenwick, WV 26202-3290
518645680      +TD Bank, N.A.,    c/o Janelly Landa, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
518639805      +TD Bank, N.A.,    c/o Schiller Knapp Lefkowitz,    & Hertzel LLP,    950 New Loudon Road,
                 Latham New York 12110-2100
518520777     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Bx 5855,    Carol Stream, IL 60197)
518520773      +Target Card Services,    Box 660170,    Dallas, TX 75266-0170
518609300       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518520778      +USAA,    10750 McDermott Freeway,    San Antonio, TX 78288-1600
518563924      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
518583573      +Village Capital & Investment,    2863 St. Rose Parkway,    Henderson, NV 89052-4806
518520779      +Village Capital & Investments LLC,    2863 Saint Rose Parkway,    Henderson, NV 89052-4806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 00:20:15     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518520738      +E-mail/Text: ally@ebn.phinsolutions.com Mar 04 2020 00:19:13     Ally,    PO Box 380902,
                 Minneapolis, MN 55438-0902
518627430       E-mail/Text: ally@ebn.phinsolutions.com Mar 04 2020 00:19:13     Ally Capital,    PO Box 130424,
                 Roseville, MN 55113-0004
518620771      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2020 00:21:56
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
518520748       E-mail/Text: megan.harper@phila.gov Mar 04 2020 00:20:48     City of Philadelphia,
                 1401 John F. Kennedy Boulevard,    Suite 1330,    Philadelphia, PA 19102
518520740      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2020 00:21:50     Capital One,
                 PO Box 85619,    Richmond, VA 23285-5619
518520741      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2020 00:23:07     Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
518552978      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2020 00:22:02
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518520742       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2020 00:23:07
                 Capital One Platinum Mastercard,    PO Box 30285,    Salt Lake City, UT 84130-0285
518520745       E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:21:45     Care Credit,    Synchrony Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
518520752       E-mail/Text: mrdiscen@discover.com Mar 04 2020 00:19:17     Discover,    PO Box 3008,
                 New Albany, OH 43054-3008
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Mar 03, 2020
                              Form ID: 132             Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518631902      E-mail/Text: bnc-quantum@quantum3group.com Mar 04 2020 00:20:05
                Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
518530600      E-mail/Text: mrdiscen@discover.com Mar 04 2020 00:19:17     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518520759     +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 04 2020 00:19:39     IRS,   Central Insolvency,
                PO Box 7346,    Philadelphia, PA 19101-7346
518629394      E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 04 2020 00:20:34     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
518520760     +E-mail/Text: bncnotices@becket-lee.com Mar 04 2020 00:19:26     Kohls,    PO Box 2983,
                Milwaukee, WI 53201-2983
518539739      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 00:23:19     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518520762     +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:23:06     Lowes,    PO Box 1111,
                North Wilkesboro, NC 28659-1111
518550140      E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 04 2020 00:21:41     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518520764     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 04 2020 00:22:58     Merrick Bank,
                PO Box 660175,    Dallas, TX 75266-0175
518610847      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2020 00:22:30
                Portfolio Recovery Associates, LLC,    c/o Sears,   POB 41067,    Norfolk VA 23541
518609299      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2020 00:22:31
                Portfolio Recovery Associates, LLC,    c/o Wal-mart,   POB 41067,    Norfolk VA 23541
518520770     +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:23:00     Paypal Credit,    PO Box 105658,
                Atlanta, GA 30348-5658
518618152     +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 04 2020 00:20:34     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518622167      E-mail/Text: bnc-quantum@quantum3group.com Mar 04 2020 00:20:05
                Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
                Kirkland, WA  98083-0788
518522064     +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:23:00     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518631259     +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:23:01     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518520774      E-mail/Text: bankruptcy@td.com Mar 04 2020 00:20:16     TD Bank NA,    PO Box 84037,
                Columbus, GA 31908
518583304     +E-mail/Text: bncmail@w-legal.com Mar 04 2020 00:20:24     TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518520776     +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:23:03     TJX Mastercard,    PO Box 530949,
                Atlanta, GA 30353-0949
518520781      E-mail/Text: vci.bkcy@vwcredit.com Mar 04 2020 00:20:24     VW Credit,
                1401 Franklin Boulevard,    Libertyville, IL 60048
518622250     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2020 00:23:22     Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518520782     +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:25     Walmart,
                702 Southwest 8th Street,    Bentonville, AR 72716-6299
518520783      E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:23     Walmart Mastercard/Synchrony Bank,
                Bankruptcy Department,    PO Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518520768      NJ CLASS
518520769      NJHESAA,   4 Quakerbridge Plaza,    PO Box 544,   VI 00862-5000
518520780      Volkswagen Motor Credit
518520743*     Capital One Platinum Mastercard,    PO Box 30285,   Salt Lake City, UT 84130-0285
518520746*    +Care Credit/Synchrony Bank,    PO Box 960061,   Orlando, FL 32896-0061
518520753*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court:  Discover,    PO Box 3008,   New Albany, OH 43054-3008)
518520758*     First Premier Bank,    PO Box 5619,   Sioux Falls, SD 57117-5519
518520771*    +Paypal Credit,    PO Box 105658,   Atlanta, GA 30348-5658
518520772*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    PO Box 187,
                Trenton, NJ 08695)
                                                                                              TOTALS: 3, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Mar 03, 2020
                              Form ID: 132             Total Noticed: 67
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian F. O'Malley    on behalf of Joint Debtor Joanne M. Carbotti momalley14@aol.com
              Brian F. O'Malley    on behalf of Debtor Michael J. Carbotti momalley14@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    Village Capital & Investment, LLC
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```