**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:
Michael J. Carbotti
Joanne M. Carbotti

Debtor(s)

Case No.: 19-29782

Judge: Michael B. Kaplan

### Chapter 13 Plan and Motions

☐ Original
☐ Motions Included
☐ Modified/Notice Required
☒ Modified/No Notice Required

Date: 02/26/2020

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: BFO'M    Initial Debtor: MJC    Initial Co-Debtor: JMC

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ ___1,045.00___ per ___Month___ to the Chapter 13 Trustee, starting on ___04/01/2020___ for approximately ___60___ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection ☐ NONE

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ ____1,495.63____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____Village Capital Investment LLC____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $0.00 |
| DOMESTIC SUPPORT OBLIGATION | None | 0.00 |
| I.R.S. | Non-dischargeable income tax | $5,850.00 |
| State of N.J. Division of Taxation | Non-dischargeable income tax | $5,785.00 |
| City of Philadelphia | Non-dischargeable fine or penalty | $ 993.00 |
| New York City Department of Finance | Non-dischargeable fine or penalty | $ 405.00 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

1. Village Capital and Investments LLC
2. Volkswagen Motor Credit
3. N.J. Division of Pensions and Benefits

**g. Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Ally | 0.00 | Lease of Subaru automobile | Assume the lease | $700.00 |

## Part 7: Motions ☒ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f). ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Trustee's ordinary order of distribution
3) _____
4) _____

### d. Post-Petition Claims

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 2/26/2020_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To correct deficiencies in original Plan | 1. Add arrears claim on auto loan to be paid through Plan<br>2. Add four priority claims to be paid through the Plan<br>3. Add an auto lease to be assumed in Plan |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 02/26/2020

/S/Michael J. Carbotti
Debtor

Date: 02/26/2020

/S/Joanne M. Carbotti
Joint Debtor

Date: 02/26/2020

/S/ Brian F. O'Malley
Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-29782-MBK
Michael J. Carbotti                                                                             Chapter 13
Joanne M. Carbotti
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                    Page 1 of 3                 Date Rcvd: Mar 03, 2020
                                Form ID: pdf901                Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
```
db/jdb         +Michael J. Carbotti,    Joanne M. Carbotti,    142 Lions Head Boulevard South,
                 Brick, NJ 08723-7823
518520739       BP Visa Signature Credit Card/Synchrony,    Bankruptcy Department,    PO Box 965060,
                 Orlando, FL 32896-5060
518588420       CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
518609303       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518520744      +Capital One/ Sachs Ffth Avenue,    3455 Highway 80 West,    Jackson, MS 39209-7202
518520747      +Chase Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
518520749      +Costco Visa By Citi,    PO Box 9001016,    Louisville, KY 40290-1016
518520750      +Credit First NA,    PO Box 81344,    Cleveland, OH 44188-0001
518520751      +Department of Education,    PO Box 2837,    Portland, OR 97208-2837
518520754       EZ Pass Violation Processing,    PO Box 52005,    Newark, NJ 07101-8205
518520755      +First National Bank Omaha,    PO Box 2557,    Omaha, NE 68103-2557
518520757       First Premier Bank,    Credit Card department,    PO Box 5519,    Sioux Falls, SD 57117-5519
518520756       First Premier Bank,    PO Box 5619,    Sioux Falls, SD 57117-5619
518559102      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
518520761      +Lord and Taylor,    PO Box 71106,    Charlotte, NC 28272-1106
518520763      +Macys,   PO Box 183083,    Columbus, OH 43218-3083
518617010      +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
518682676      +NJCLASS,    PO Box 548,    Trenton, NJ 08625-0548
518520765      +New Jersey Division of Pensions,    and Benefits,    50 West State Street,
                 Trenton, NJ 08608-1220
518520766      +New Jersey Turnpike Authority,    P.O. Box 4971,    Trenton, NJ 08650-4971
518520767       New York City Department of Finance,    Church Street Station,    PO Box 3640,
                 New York, NY 10008-3640
518739336      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                 Trenton, NJ 08695-0272)
518520775       TD Bank Visa,    PO Box 100290,    Fenwick, WV 26202-3290
518645680      +TD Bank, N.A.,    c/o Janelly Landa, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
518639805      +TD Bank, N.A.,    c/o Schiller Knapp Lefkowitz,    & Hertzel LLP,    950 New Loudon Road,
                 Latham New York 12110-2100
518520777      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    PO Bx 5855,    Carol Stream, IL 60197)
518520773      +Target Card Services,    Box 660170,    Dallas, TX 75266-0170
518609300       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518520778      +USAA,   10750 McDermott Freeway,    San Antonio, TX 78288-1600
518563924      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
518583573      +Village Capital & Investment,    2863 St. Rose Parkway,    Henderson, NV 89052-4806
518520779      +Village Capital & Investments LLC,    2863 Saint Rose Parkway,    Henderson, NV 89052-4806
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 00:20:14     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518520738      +E-mail/Text: ally@ebn.phinsolutions.com Mar 04 2020 00:19:13      Ally,    PO Box 380902,
                 Minneapolis, MN 55438-0902
518627430       E-mail/Text: ally@ebn.phinsolutions.com Mar 04 2020 00:19:13      Ally Capital,    PO Box 130424,
                 Roseville, MN 55113-0004
518620771      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2020 00:21:56
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
518520748       E-mail/Text: megan.harper@phila.gov Mar 04 2020 00:20:48      City of Philadelphia,
                 1401 John F. Kennedy Boulevard,    Suite 1330,    Philadelphia, PA 19102
518520740      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2020 00:22:24      Capital One,
                 PO Box 85619,   Richmond, VA 23285-5619
518520741      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2020 00:22:24      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
518552978      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2020 00:23:22
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518520742       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2020 00:21:50
                 Capital One Platinum Mastercard,    PO Box 30285,    Salt Lake City, UT 84130-0285
518520745       E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:54      Care Credit,    Synchrony Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
518520752       E-mail/Text: mrdiscen@discover.com Mar 04 2020 00:19:17      Discover,    PO Box 3008,
                 New Albany, OH 43054-3008
```

```
District/off: 0312-3          User: admin              Page 2 of 3                Date Rcvd: Mar 03, 2020
                              Form ID: pdf901          Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518631902     E-mail/Text: bnc-quantum@quantum3group.com Mar 04 2020 00:20:02
              Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
              Kirkland, WA  98083-0657
518530600     E-mail/Text: mrdiscen@discover.com Mar 04 2020 00:19:17     Discover Bank,
              Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
518520759    +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 04 2020 00:19:33     IRS,   Central Insolvency,
              PO Box 7346,   Philadelphia, PA 19101-7346
518629394     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 04 2020 00:20:29     Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
518520760    +E-mail/Text: bncnotices@becket-lee.com Mar 04 2020 00:19:21     Kohls,   PO Box 2983,
              Milwaukee, WI 53201-2983
518539739     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 00:22:01     LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518520762    +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:55     Lowes,   PO Box 1111,
              North Wilkesboro, NC 28659-1111
518550140     E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 04 2020 00:23:00     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518520764    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 04 2020 00:23:00     Merrick Bank,
              PO Box 660175,   Dallas, TX 75266-0175
518610847     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2020 00:21:56
              Portfolio Recovery Associates, LLC,    c/o Sears,   POB 41067,   Norfolk VA 23541
518609299     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2020 00:22:31
              Portfolio Recovery Associates, LLC,    c/o Wal-mart,   POB 41067,   Norfolk VA 23541
518520770    +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:58     Paypal Credit,   PO Box 105658,
              Atlanta, GA 30348-5658
518618152    +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 04 2020 00:20:30     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518622167     E-mail/Text: bnc-quantum@quantum3group.com Mar 04 2020 00:20:02
              Quantum3 Group LLC as agent for,    Crown Asset Management LLC,   PO Box 788,
              Kirkland, WA  98083-0788
518522064    +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:21:42     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518631259    +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:56     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518520774     E-mail/Text: bankruptcy@td.com Mar 04 2020 00:20:16     TD Bank NA,   PO Box 84037,
              Columbus, GA 31908
518583304    +E-mail/Text: bncmail@w-legal.com Mar 04 2020 00:20:24     TD Bank USA, N.A.,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518520776    +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:21:43     TJX Mastercard,   PO Box 530949,
              Atlanta, GA 30353-0949
518520781     E-mail/Text: vci.bkcy@vwcredit.com Mar 04 2020 00:20:24     VW Credit,
              1401 Franklin Boulevard,    Libertyville, IL 60048
518622250    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2020 00:23:21     Verizon,
              by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518520782    +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:21:52     Walmart,
              702 Southwest 8th Street,    Bentonville, AR 72716-6299
518520783     E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:21:50     Walmart Mastercard/Synchrony Bank,
              Bankruptcy Department,    PO Box 965060,   Orlando, FL 32896-5060
                                                                                               TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518520768       NJ CLASS
518520769       NJHESAA,    4 Quakerbridge Plaza,   PO Box 544,   VI 00862-5000
518520780       Volkswagen Motor Credit
518520743*      Capital One Platinum Mastercard,    PO Box 30285,   Salt Lake City, UT 84130-0285
518520746*     +Care Credit/Synchrony Bank,    PO Box 960061,   Orlando, FL 32896-0061
518520753*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court:  Discover,    PO Box 3008,   New Albany, OH 43054-3008)
518520758*      First Premier Bank,    PO Box 5619,   Sioux Falls, SD 57117-5519
518520771*     +Paypal Credit,    PO Box 105658,   Atlanta, GA 30348-5658
518520772*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,   PO Box 187,
               Trenton, NJ 08695)
                                                                                 TOTALS: 3, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Mar 03, 2020
                              Form ID: pdf901          Total Noticed: 67
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Brian F. O'Malley    on behalf of Joint Debtor Joanne M. Carbotti momalley14@aol.com
              Brian F. O'Malley    on behalf of Debtor Michael J. Carbotti momalley14@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    Village Capital & Investment, LLC
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 5
```