Albert Russo, Trustee
CN 4853
Trenton, NJ  08650

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

**Trustee's Proposed Distribution Report**

**Chapter 13 Case # 19-29782 / MBK**

In Re:                                                                                                      Case Status: Open / Confirmed

Michael J. Carbotti
Joanne M. Carbotti

The above referenced debtor(s) plan has been confirmed. The Standing Trustee's office has set up the case for distributions to creditors.

Attached is the Trustee's Proposed Distribution Report for review.

**ATTORNEYS AND CREDITORS:** IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained therein. You are strongly advised to compare this report against your filed Proof of Claim and the court's docket. If you are not in agreement with this report, you must notify the Trustee in writing, at the address listed above or via email to info@russotrustee.com, within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

**UNSECURED CREDITORS:** If your claim does not appear on this report, please check the court's claims register to be sure it is properly filed. If it has been properly filed and it is to be paid through the confirmed plan, it will appear on the Trustee's Proposed Distribution Report that is filed after the bar review.

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEW JERSEY**

**Trustee's Proposed Distribution Report**

**Chapter 13 Case # 19-29782 / MBK**

In Re:  Case Status: Open / Confirmed

Michael J. Carbotti
Joanne M. Carbotti

| | CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|---|
| Claim ID | Claimant Name | Dist. Priority | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Michael J. Carbotti | 5 | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian F. O'Malley | 13 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 35 | ALLY CAPITAL | 24 | Debt Secured by Vehicle | $34.92 | $34.92 | $0.00 |
| 18 | Village Capital & Investment LLC | 24 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 16 | VW CREDIT INC | 24 | Debt Secured by Vehicle | $20.94 | $20.94 | $0.00 |
| 45 | City of Philadelphia **Hold Funds: Per Plan** | 28 | Priority Crediors | $993.00 | $0.00 | $993.00 |
| 1 | INTERNAL REVENUE SERVICE | 28 | Priority Crediors | $5,817.07 | $3,544.09 | $2,272.98 |
| 46 | New York City Department of Finance **Hold Funds: Per Plan** | 28 | Priority Crediors | $405.00 | $0.00 | $405.00 |
| 44 | NJ DIVISION OF TAXATION | 28 | Priority Crediors | $4,940.13 | $3,009.81 | $1,930.32 |
| 29 | BUREAUS INVESTMENT GROUP PORTFOLIO | 33 | Unsecured Creditors | $993.28 | $0.00 | $993.28 |
| 30 | BUREAUS INVESTMENT GROUP PORTFOLIO | 33 | Unsecured Creditors | $732.29 | $0.00 | $732.29 |
| 10 | CAPITAL ONE BANK (USA), N.A. | 33 | Unsecured Creditors | $1,776.86 | $0.00 | $1,776.86 |
| 11 | CAPITAL ONE BANK (USA), N.A. | 33 | Unsecured Creditors | $1,544.59 | $0.00 | $1,544.59 |
| 12 | CAPITAL ONE BANK (USA), N.A. | 33 | Unsecured Creditors | $5,867.13 | $0.00 | $5,867.13 |
| 13 | CAPITAL ONE BANK (USA), N.A. | 33 | Unsecured Creditors | $1,243.76 | $0.00 | $1,243.76 |
| 14 | CAPITAL ONE BANK (USA), N.A. | 33 | Unsecured Creditors | $3,022.66 | $0.00 | $3,022.66 |
| 23 | CAPITAL ONE, NA | 33 | Unsecured Creditors | $583.95 | $0.00 | $583.95 |
| 20 | CREDIT FIRST NA | 33 | Unsecured Creditors | $1,109.01 | $0.00 | $1,109.01 |
| 40 | DEPARTMENT STORE NATIONAL BANK | 33 | Unsecured Creditors | $2,400.96 | $0.00 | $2,400.96 |
| 3 | DISCOVER BANK | 33 | Unsecured Creditors | $4,680.97 | $0.00 | $4,680.97 |

Creditors are listed in the order they are scheduled to receive distributions. The **DIST. PRIORITY** column indicates order of payments. A lower code is paid first. Equal codes are paid pro-rata.

If unsecured creditors are scheduled to receive a dividend, they are paid on a pro-rata basis pursuant to the confirmed plan. As a result, the amounts to be paid / balances due listed in this report reflect the claim balance and may not be the actual amount to be paid per the plan.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**Trustee's Proposed Distribution Report**

**Chapter 13 Case # 19-29782 / MBK**

In Re:                                                                                                                                   Case Status: Open / Confirmed

Michael J. Carbotti
Joanne M. Carbotti

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | DISCOVER BANK | 33 | Unsecured Creditors | $18,263.32 | $0.00 | $18,263.32 |
| 2 | INTERNAL REVENUE SERVICE | 33 | Unsecured Creditors | $210.69 | $0.00 | $210.69 |
| 36 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | Unsecured Creditors | $4,199.78 | $0.00 | $4,199.78 |
| 37 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | Unsecured Creditors | $5,170.02 | $0.00 | $5,170.02 |
| 15 | JPMORGAN CHASE BANK, NA | 33 | Unsecured Creditors | $5,816.74 | $0.00 | $5,816.74 |
| 5 | LVNV FUNDING LLC | 33 | Unsecured Creditors | $4,633.02 | $0.00 | $4,633.02 |
| 6 | LVNV FUNDING LLC | 33 | Unsecured Creditors | $3,196.33 | $0.00 | $3,196.33 |
| 7 | LVNV FUNDING LLC | 33 | Unsecured Creditors | $3,422.47 | $0.00 | $3,422.47 |
| 8 | LVNV FUNDING LLC | 33 | Unsecured Creditors | $1,834.51 | $0.00 | $1,834.51 |
| 19 | LVNV FUNDING LLC | 33 | Unsecured Creditors | $10,458.86 | $0.00 | $10,458.86 |
| 9 | MERRICK BANK | 33 | Unsecured Creditors | $3,631.15 | $0.00 | $3,631.15 |
| 25 | MIDLAND CREDIT MANAGEMENT, INC | 33 | Unsecured Creditors | $1,810.69 | $0.00 | $1,810.69 |
| 47 | NEW JERSEY TURNPIKE AUTHORITY  **No Disbursements: Filed Out of Time** | 33 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | NJCLASS  **No Disbursements: Paid outside** | 33 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES | 33 | Unsecured Creditors | $6,855.81 | $0.00 | $6,855.81 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES | 33 | Unsecured Creditors | $3,311.33 | $0.00 | $3,311.33 |
| 26 | PREMIER BANKCARD, LLC. | 33 | Unsecured Creditors | $920.92 | $0.00 | $920.92 |
| 27 | PREMIER BANKCARD, LLC. | 33 | Unsecured Creditors | $1,012.87 | $0.00 | $1,012.87 |
| 28 | PREMIER BANKCARD, LLC. | 33 | Unsecured Creditors | $1,404.41 | $0.00 | $1,404.41 |
| 31 | QUANTUM3 GROUP LLC AS AGENT FOR | 33 | Unsecured Creditors | $985.53 | $0.00 | $985.53 |
| 32 | QUANTUM3 GROUP LLC AS AGENT FOR | 33 | Unsecured Creditors | $6,705.16 | $0.00 | $6,705.16 |
| 33 | QUANTUM3 GROUP LLC AS AGENT FOR | 33 | Unsecured Creditors | $14,239.78 | $0.00 | $14,239.78 |

Creditors are listed in the order they are scheduled to receive distributions.  The **DIST. PRIORITY** column indicates order of payments. A lower code is paid first.  Equal codes are paid pro-rata.

If unsecured creditors are scheduled to receive a dividend, they are paid on a pro-rata basis pursuant to the confirmed plan. As a result, the amounts to be paid / balances due listed in this report reflect the claim balance and may not be the actual amount to be paid per the plan.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**Trustee's Proposed Distribution Report**

**Chapter 13 Case # 19-29782 / MBK**

In Re:  Case Status: Open / Confirmed

Michael J. Carbotti
Joanne M. Carbotti

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | SYNCHRONY BANK | 33 | Unsecured Creditors | $3,818.51 | $0.00 | $3,818.51 |
| 39 | SYNCHRONY BANK | 33 | Unsecured Creditors | $1,473.07 | $0.00 | $1,473.07 |
| 17 | TD BANK USA NA | 33 | Unsecured Creditors | $3,656.92 | $0.00 | $3,656.92 |
| 41 | TD BANK, N.A. | 33 | Unsecured Creditors | $12,961.17 | $0.00 | $12,961.17 |
| 42 | TD BANK, N.A. | 33 | Unsecured Creditors | $9,679.10 | $0.00 | $9,679.10 |
| 21 | TOYOTA MOTOR CREDIT CORP | 33 | Unsecured Creditors | $2,230.36 | $0.00 | $2,230.36 |
| 34 | Verizon by American InfoSource as Agent | 33 | Unsecured Creditors | $291.76 | $0.00 | $291.76 |

**CASE SUMMARY**

Summary of all receipts and disbursements from date filed through July 08, 2020.

| | | | |
|---|---|---|---|
| Total Receipts: | $9,180.00 | Current Monthly Payment: | $1,045.00 |
| Paid to Claims: | $6,609.76 | Arrearages: | $225.00 |
| Paid to Trustee: | $778.00 | | |
| Funds on Hand: | $1,792.24 | Total Plan Base: | $62,700.00 |

Creditors are listed in the order they are scheduled to receive distributions.  The **DIST. PRIORITY** column indicates order of payments. A lower code is paid first.  Equal codes are paid pro-rata.

If unsecured creditors are scheduled to receive a dividend, they are paid on a pro-rata basis pursuant to the confirmed plan. As a result, the amounts to be paid / balances due listed in this report reflect the claim balance and may not be the actual amount to be paid per the plan.