| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-29782 / MBK**

Michael J. Carbotti
Joanne M. Carbotti

Petition Filed Date: 10/20/2019
341 Hearing Date: 11/21/2019
Confirmation Date: 04/08/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $1,000.00 | 64469450 | 02/05/2020 | $1,000.00 | 65243160 | 03/02/2020 | $1,000.00 | 66006300 |
| 04/02/2020 | $1,000.00 | 66776600 | 04/13/2020 | $45.00 | 67082670 | 05/04/2020 | $1,045.00 | 67548460 |
| 06/01/2020 | $1,045.00 | 68329880 | 07/02/2020 | $1,045.00 | 69065530 | 08/03/2020 | $1,045.00 | 69805110 |
| 09/02/2020 | $1,045.00 | 70530680 | 10/02/2020 | $1,045.00 | 71243570 | 11/02/2020 | $1,045.00 | 72031170 |
| 12/02/2020 | $1,045.00 | 72719410 | 01/04/2021 | $1,045.00 | 73457870 | 02/02/2021 | $1,045.00 | 74220390 |

**Total Receipts for the Period: $14,495.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,495.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Michael J. Carbotti | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian F. O'Malley | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE »» 2017, 2018 | Priority Crediors | $5,817.07 | $5,817.07 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $210.69 | $0.00 | $210.69 |
| 3 | DISCOVER BANK | Unsecured Creditors | $4,680.97 | $30.45 | $4,650.52 |
| 4 | DISCOVER BANK | Unsecured Creditors | $18,263.32 | $118.80 | $18,144.52 |
| 5 | LVNV FUNDING LLC »» CITIBANK/COSTCO | Unsecured Creditors | $4,633.02 | $30.14 | $4,602.88 |
| 6 | LVNV FUNDING LLC »» CITIBANK | Unsecured Creditors | $3,196.33 | $20.79 | $3,175.54 |
| 7 | LVNV FUNDING LLC »» CREDIT ONE BANK | Unsecured Creditors | $3,422.47 | $22.26 | $3,400.21 |
| 8 | LVNV FUNDING LLC »» SYNCHRONY/LOWES | Unsecured Creditors | $1,834.51 | $0.00 | $1,834.51 |
| 9 | MERRICK BANK | Unsecured Creditors | $3,631.15 | $23.62 | $3,607.53 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,776.86 | $0.00 | $1,776.86 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,544.59 | $0.00 | $1,544.59 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,867.13 | $38.16 | $5,828.97 |
| 13 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,243.76 | $0.00 | $1,243.76 |
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,022.66 | $19.66 | $3,003.00 |
| 15 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,816.74 | $37.84 | $5,778.90 |
| 16 | VW CREDIT INC »» 2019 VOLKSWAGEN JETTA/LEASE | Debt Secured by Vehicle | $20.94 | $20.94 | $0.00 |

**Chapter 13 Case No. 19-29782 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 17 | TD BANK USA NA | Unsecured Creditors | $3,656.92 | $23.79 | $3,633.13 |
| 18 | Village Capital & Investment LLC<br>»» P/142 LIONS HEAD BOULEVARD S/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $10,458.86 | $68.03 | $10,390.83 |
| 20 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,109.01 | $0.00 | $1,109.01 |
| 21 | TOYOTA MOTOR CREDIT CORP<br>»» 2018 TOYOTA COROLLA/LEASE DEF BAL | Unsecured Creditors | $2,230.36 | $0.00 | $2,230.36 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/WAL-MART | Unsecured Creditors | $6,855.81 | $44.60 | $6,811.21 |
| 23 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $583.95 | $0.00 | $583.95 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/SEARS | Unsecured Creditors | $3,311.33 | $21.54 | $3,289.79 |
| 25 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE, NA/SAKS FIFTH AVE | Unsecured Creditors | $1,810.69 | $0.00 | $1,810.69 |
| 26 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $920.92 | $0.00 | $920.92 |
| 27 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,012.87 | $0.00 | $1,012.87 |
| 28 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,404.41 | $0.00 | $1,404.41 |
| 29 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $993.28 | $0.00 | $993.28 |
| 30 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $732.29 | $0.00 | $732.29 |
| 31 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/JCP | Unsecured Creditors | $985.53 | $0.00 | $985.53 |
| 32 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/BP | Unsecured Creditors | $6,705.16 | $43.62 | $6,661.54 |
| 33 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/MODELL'S MVP VISA | Unsecured Creditors | $14,239.78 | $92.63 | $14,147.15 |
| 34 | Verizon by American InfoSource as Agent | Unsecured Creditors | $291.76 | $0.00 | $291.76 |
| 35 | ALLY CAPITAL<br>»» 2018 SUBARU OUTBACK | Debt Secured by Vehicle | $34.92 | $34.92 | $0.00 |
| 36 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/CARECREDIT | Unsecured Creditors | $4,199.78 | $27.32 | $4,172.46 |
| 37 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/CARECREDIT | Unsecured Creditors | $5,170.02 | $33.63 | $5,136.39 |
| 38 | SYNCHRONY BANK<br>»» PAYPAL | Unsecured Creditors | $3,818.51 | $24.84 | $3,793.67 |
| 39 | SYNCHRONY BANK<br>»» PAYPAL | Unsecured Creditors | $1,473.07 | $0.00 | $1,473.07 |
| 40 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $2,400.96 | $15.62 | $2,385.34 |
| 41 | TD BANK, N.A. | Unsecured Creditors | $12,961.17 | $84.31 | $12,876.86 |
| 42 | TD BANK, N.A. | Unsecured Creditors | $9,679.10 | $62.96 | $9,616.14 |
| 43 | NJCLASS<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 44 | NJ DIVISION OF TAXATION<br>»» 2017-2018 | Priority Crediors | $4,940.13 | $4,940.13 | $0.00 |
| 45 | City of Philadelphia<br>»» PARKING FINES | Priority Crediors<br>Hold Funds: Per Plan | $993.00 | $0.00 | $993.00 |
| 46 | New York City Department of Finance<br>»» PARKING FINES | Priority Crediors<br>Hold Funds: Per Plan | $405.00 | $0.00 | $405.00 |
| 47 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS/ADMIN CLAIMS | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-29782 / MBK**

---

**SUMMARY**

---

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,495.00 | Plan Balance: | $46,205.00 ** |
| Paid to Claims: | $11,697.67 | Current Monthly Payment: | $1,045.00 |
| Paid to Trustee: | $1,305.70 | Arrearages: | $225.00 |
| Funds on Hand: | $3,491.63 | Total Plan Base: | $62,700.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at** <u>www.ndc.org</u>**.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**