| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 19-29782 / MBK

Michael J. Carbotti  
Joanne M. Carbotti

Petition Filed Date: 10/20/2019  
341 Hearing Date: 11/21/2019  
Confirmation Date: 04/08/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $1,045.00 | 73457870 | 02/02/2021 | $1,045.00 | 74220390 | 03/01/2021 | $1,045.00 | 74902830 |
| 04/05/2021 | $1,045.00 | 75665930 | 05/03/2021 | $1,045.00 | 76382640 | 06/01/2021 | $1,045.00 | 77108660 |
| 06/02/2021 | $1,045.00 | 77108090 | 06/07/2021 | ($1,045.00) | 77108660 | 07/06/2021 | $1,045.00 | 77754870 |
| 08/02/2021 | $1,045.00 | 78491980 | 09/02/2021 | $1,045.00 | 79169660 | 10/01/2021 | $1,045.00 | 79812770 |
| 11/01/2021 | $1,045.00 | 80537440 | 12/02/2021 | $1,045.00 | 81155010 | 01/03/2022 | $1,045.00 | 81819950 |
| 02/02/2022 | $1,045.00 | 82460570 | | | | | | |

**Total Receipts for the Period: $14,630.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,035.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael J. Carbotti | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian F. O'Malley | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2017, 2018 | Priority Crediors | $5,817.07 | $5,817.07 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $210.69 | $15.76 | $194.93 |
| 3 | DISCOVER BANK | Unsecured Creditors | $4,680.97 | $378.83 | $4,302.14 |
| 4 | DISCOVER BANK | Unsecured Creditors | $18,263.32 | $1,478.04 | $16,785.28 |
| 5 | LVNV FUNDING LLC<br>»»  CITIBANK/COSTCO | Unsecured Creditors | $4,633.02 | $374.95 | $4,258.07 |
| 6 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $3,196.33 | $258.67 | $2,937.66 |
| 7 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $3,422.47 | $276.98 | $3,145.49 |
| 8 | LVNV FUNDING LLC<br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $1,834.51 | $148.48 | $1,686.03 |
| 9 | MERRICK BANK | Unsecured Creditors | $3,631.15 | $293.87 | $3,337.28 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,776.86 | $143.80 | $1,633.06 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,544.59 | $125.01 | $1,419.58 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,867.13 | $474.82 | $5,392.31 |
| 13 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,243.76 | $100.65 | $1,143.11 |
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,022.66 | $244.63 | $2,778.03 |
| 15 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,816.74 | $470.76 | $5,345.98 |

Chapter 13 Case No. 19-29782 / MBK

| | | | | | |
|---|---|---|---|---|---|
| 16 | VW CREDIT INC<br>»» 2019 VOLKSWAGEN JETTA/LEASE | Debt Secured by Vehicle | $20.94 | $20.94 | $0.00 |
| 17 | TD BANK USA NA | Unsecured Creditors | $3,656.92 | $295.96 | $3,360.96 |
| 18 | Village Capital & Investment LLC<br>»» P/142 LIONS HEAD BOULEVARD S/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $10,458.86 | $846.42 | $9,612.44 |
| 20 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,109.01 | $89.76 | $1,019.25 |
| 21 | TOYOTA MOTOR CREDIT CORP<br>»» 2018 TOYOTA COROLLA/LEASE DEF BAL | Unsecured Creditors | $2,230.36 | $180.50 | $2,049.86 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/WAL-MART | Unsecured Creditors | $6,855.81 | $554.84 | $6,300.97 |
| 23 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $583.95 | $36.52 | $547.43 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/SEARS | Unsecured Creditors | $3,311.33 | $267.98 | $3,043.35 |
| 25 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE, NA/SAKS FIFTH AVE | Unsecured Creditors | $1,810.69 | $146.54 | $1,664.15 |
| 26 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $920.92 | $74.54 | $846.38 |
| 27 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,012.87 | $81.97 | $930.90 |
| 28 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,404.41 | $113.66 | $1,290.75 |
| 29 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $993.28 | $80.39 | $912.89 |
| 30 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $732.29 | $59.27 | $673.02 |
| 31 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/JCP | Unsecured Creditors | $985.53 | $79.76 | $905.77 |
| 32 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/BP | Unsecured Creditors | $6,705.16 | $542.64 | $6,162.52 |
| 33 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/MODELL'S MVP VISA | Unsecured Creditors | $14,239.78 | $1,152.42 | $13,087.36 |
| 34 | Verizon by American InfoSource as Agent | Unsecured Creditors | $291.76 | $16.46 | $275.30 |
| 35 | ALLY CAPITAL<br>»» 2018 SUBARU OUTBACK | Debt Secured by Vehicle | $34.92 | $34.92 | $0.00 |
| 36 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/CARECREDIT | Unsecured Creditors | $4,199.78 | $339.89 | $3,859.89 |
| 37 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/CARECREDIT | Unsecured Creditors | $5,170.02 | $418.40 | $4,751.62 |
| 38 | SYNCHRONY BANK<br>»» PAYPAL | Unsecured Creditors | $3,818.51 | $309.04 | $3,509.47 |
| 39 | SYNCHRONY BANK<br>»» PAYPAL | Unsecured Creditors | $1,473.07 | $119.22 | $1,353.85 |
| 40 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $2,400.96 | $194.31 | $2,206.65 |
| 41 | TD BANK, N.A. | Unsecured Creditors | $12,961.17 | $1,048.94 | $11,912.23 |
| 42 | TD BANK, N.A. | Unsecured Creditors | $9,679.10 | $783.32 | $8,895.78 |
| 43 | NJCLASS<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 44 | NJ DIVISION OF TAXATION<br>»» 2017-2018 | Priority Crediors | $4,940.13 | $4,940.13 | $0.00 |
| 45 | City of Philadelphia<br>»» PARKING FINES | Priority Crediors<br>Hold Funds: Per Plan | $993.00 | $0.00 | $993.00 |
| 46 | New York City Department of Finance<br>»» PARKING FINES | Priority Crediors<br>Hold Funds: Per Plan | $405.00 | $0.00 | $405.00 |

| 47 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS/ADMIN CLAIMS | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,035.00 | Plan Balance: | $33,665.00 ** |
| Paid to Claims: | $23,431.06 | Current Monthly Payment: | $1,045.00 |
| Paid to Trustee: | $2,272.32 | Arrearages: | $225.00 |
| Funds on Hand: | $3,331.62 | Total Plan Base: | $62,700.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.