| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-29782 / MBK**

Michael J. Carbotti
Joanne M. Carbotti

Petition Filed Date: 10/20/2019
341 Hearing Date: 11/21/2019
Confirmation Date: 04/08/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $1,045.00 | 81819950 | 02/02/2022 | $1,045.00 | 82460570 | 03/01/2022 | $1,045.00 | 83072410 |
| 04/04/2022 | $1,045.00 | 83746670 | 05/02/2022 | $1,045.00 | 84400390 | 06/01/2022 | $1,045.00 | 84998970 |
| 07/05/2022 | $1,045.00 | 85598930 | 08/02/2022 | $1,045.00 | 86224870 | 09/02/2022 | $1,045.00 | 86810710 |
| 10/04/2022 | $1,045.00 | 87404550 | 11/02/2022 | $1,045.00 | 87994250 | 12/02/2022 | $1,045.00 | 88547820 |
| 01/04/2023 | $1,045.00 | 89113500 | 02/01/2023 | $1,045.00 | 89709980 | 03/02/2023 | $1,045.00 | 90258140 |

**Total Receipts for the Period: $15,675.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,620.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael J. Carbotti | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian F. O'Malley | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2017, 2018 | Priority Crediors | $5,817.07 | $5,817.07 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $210.69 | $31.30 | $179.39 |
| 3 | DISCOVER BANK | Unsecured Creditors | $4,680.97 | $782.43 | $3,898.54 |
| 4 | DISCOVER BANK | Unsecured Creditors | $18,263.32 | $3,052.78 | $15,210.54 |
| 5 | LVNV FUNDING LLC<br>»» CITIBANK/COSTCO | Unsecured Creditors | $4,633.02 | $774.43 | $3,858.59 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,196.33 | $534.28 | $2,662.05 |
| 7 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $3,422.47 | $572.08 | $2,850.39 |
| 8 | LVNV FUNDING LLC<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $1,834.51 | $306.64 | $1,527.87 |
| 9 | MERRICK BANK | Unsecured Creditors | $3,631.15 | $606.95 | $3,024.20 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,776.86 | $297.01 | $1,479.85 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,544.59 | $258.18 | $1,286.41 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,867.13 | $980.72 | $4,886.41 |
| 13 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,243.76 | $207.90 | $1,035.86 |
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,022.66 | $505.25 | $2,517.41 |
| 15 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,816.74 | $972.28 | $4,844.46 |
| 16 | VW CREDIT INC<br>»» 2019 VOLKSWAGEN JETTA/LEASE | Debt Secured by Vehicle | $20.94 | $20.94 | $0.00 |

| # | Creditor | Type | Claim | Paid | Balance |
|---|----------|------|-------|------|---------|
| 17 | TD BANK USA NA | Unsecured Creditors | $3,656.92 | $611.26 | $3,045.66 |
| 18 | Village Capital & Investment LLC<br>»» P/142 LIONS HEAD BOULEVARD S/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $10,458.86 | $1,748.24 | $8,710.62 |
| 20 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,109.01 | $171.60 | $937.41 |
| 21 | TOYOTA MOTOR CREDIT CORP<br>»» 2018 TOYOTA COROLLA/LEASE DEF BAL | Unsecured Creditors | $2,230.36 | $372.81 | $1,857.55 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/WAL-MART | Unsecured Creditors | $6,855.81 | $1,145.98 | $5,709.83 |
| 23 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $583.95 | $97.60 | $486.35 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/SEARS | Unsecured Creditors | $3,311.33 | $553.50 | $2,757.83 |
| 25 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE, NA/SAKS FIFTH AVE | Unsecured Creditors | $1,810.69 | $302.67 | $1,508.02 |
| 26 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $920.92 | $142.49 | $778.43 |
| 27 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,012.87 | $156.72 | $856.15 |
| 28 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,404.41 | $234.75 | $1,169.66 |
| 29 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $993.28 | $153.69 | $839.59 |
| 30 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $732.29 | $122.41 | $609.88 |
| 31 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/JCP | Unsecured Creditors | $985.53 | $152.49 | $833.04 |
| 32 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/BP | Unsecured Creditors | $6,705.16 | $1,120.79 | $5,584.37 |
| 33 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/MODELL'S MVP VISA | Unsecured Creditors | $14,239.78 | $2,380.23 | $11,859.55 |
| 34 | Verizon by American InfoSource as Agent | Unsecured Creditors | $291.76 | $48.76 | $243.00 |
| 35 | ALLY CAPITAL<br>»» 2018 SUBARU OUTBACK | Debt Secured by Vehicle | $34.92 | $34.92 | $0.00 |
| 36 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/CARECREDIT | Unsecured Creditors | $4,199.78 | $702.01 | $3,497.77 |
| 37 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/CARECREDIT | Unsecured Creditors | $5,170.02 | $864.19 | $4,305.83 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL/SYNCHRONY | Unsecured Creditors | $3,818.51 | $638.28 | $3,180.23 |
| 39 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL/SYNCHRONY | Unsecured Creditors | $1,473.07 | $246.23 | $1,226.84 |
| 40 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $2,400.96 | $401.33 | $1,999.63 |
| 41 | TD BANK, N.A. | Unsecured Creditors | $12,961.17 | $2,166.50 | $10,794.67 |
| 42 | TD BANK, N.A. | Unsecured Creditors | $9,679.10 | $1,617.90 | $8,061.20 |
| 43 | NJCLASS<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 44 | NJ DIVISION OF TAXATION<br>»» 2017-2018 | Priority Crediors | $4,940.13 | $4,940.13 | $0.00 |
| 45 | City of Philadelphia<br>»» PARKING FINES | Priority Crediors<br>Hold Funds: Per Plan | $993.00 | $0.00 | $993.00 |
| 46 | New York City Department of Finance<br>»» PARKING FINES | Priority Crediors<br>Hold Funds: Per Plan | $405.00 | $0.00 | $405.00 |
| 47 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS/ADMIN CLAIMS | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-29782 / MBK**

|  | SUMMARY |  |  |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $42,620.00 | Plan Balance: | $20,080.00 ** |
| Paid to Claims: | $36,847.72 | Current Monthly Payment: | $1,045.00 |
| Paid to Trustee: | $3,338.22 | Arrearages: | $225.00 |
| Funds on Hand: | $2,434.06 | Total Plan Base: | $62,700.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.