|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |

**Order Filed on October 12, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

|  |  |
|---|---|
| BRIAN F. O'MALLEY, ESQ. 9802<br>44 Princeton Avenue<br>Bricktown, New Jersey  08724<br>(732) 262-5300<br>Attorney for The Debtors. | |
| IN THE MATTER OF:<br><br>Michael J. Carbotti and<br>Joanne M. Carbotti,<br><br>          Debtors, | Case No. 19-29782<br><br>Hearing Date  09/27/2023<br><br>Judge Michael B. Kaplan<br><br>Chapter 13 |

ORDER GRANTING LEAVE TO FILE
PROOFS OF CLAIMS OUT OF TIME

The relief set forth on the following page 2 is hereby ORDERED.

**DATED: October 12, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

This matter having been opened to the Court by Brian F. O'Malley, Esquire, upon a Motion seeking leave to file proofs of claims after the expiration of the bar date, and good cause having been shown, it is

ORDERED that:

1. The Debtors, through their counsel, be and they hereby are permitted to file proofs of claims on behalf of the City of Philadelphia and the City of New York, Department of Finance, after the bar date for the filing of claims;

2. The Chapter 13 Trustee is authorized to pay the aforesaid claims when filed;

3. A copy of this Order shall be served on all affected parties within __7__ days of the entry of same.