```
UNITED STATES BANKRUPTCY COURT      :
DISTRICT OF NEW JERSEY              :
                                    :
_____:
                                    :    Order Filed on October 12, 2023
                                    :    by Clerk
BRIAN F. O'MALLEY, ESQ. 9802        :    U.S. Bankruptcy Court
44 Princeton Avenue                 :    District of New Jersey
Bricktown, New Jersey    08724      :
(732) 262-5300                      :
Attorney for The Debtors.           :
_____:
   IN THE MATTER OF:                :    Case No. 19-29782
                                    :
   Michael J. Carbotti and          :    Hearing Date   09/27/2023
   Joanne M. Carbotti,              :
                                    :    Judge Michael B. Kaplan
              Debtors,              :
_____:    Chapter 13
```

ORDER GRANTING LEAVE TO FILE
PROOFS OF CLAIMS OUT OF TIME

The relief set forth on the following page 2 is hereby ORDERED.

DATED: October 12, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

This matter having been opened to the Court by Brian F. O'Malley, Esquire, upon a Motion seeking leave to file proofs of claims after the expiration of the bar date, and good cause having been shown, it is

ORDERED that:

1. The Debtors, through their counsel, be and they hereby are permitted to file proofs of claims on behalf of the City of Philadelphia and the City of New York, Department of Finance, after the bar date for the filing of claims;

2. The Chapter 13 Trustee is authorized to pay the aforesaid claims when filed;

3. A copy of this Order shall be served on all affected parties within __7__ days of the entry of same.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-29782-MBK
Michael J. Carbotti  Chapter 13
Joanne M. Carbotti
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Oct 13, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Carbotti, Joanne M. Carbotti, 142 Lions Head Boulevard South, Brick, NJ 08723-7823 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian F. O'Malley | on behalf of Joint Debtor Joanne M. Carbotti momalley14@aol.com |
| Brian F. O'Malley | on behalf of Debtor Michael J. Carbotti momalley14@aol.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Village Capital & Investment LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 13, 2023 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6