Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–29782–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael J. Carbotti | Joanne M. Carbotti |
| 142 Lions Head Boulevard South | 142 Lions Head Boulevard South |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
  xxx–xx–8533                                     xxx–xx–9014

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

   Please be advised that Brian O'Malley on behalf of the debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on October 24. 2023.

City of New York, Dept. of Finance


Dated: October 30, 2023
JAN: mrg

                                                                                Jeanne Naughton
                                                                                Clerk