| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-29782 / MBK**

Michael J. Carbotti  
Joanne M. Carbotti

Petition Filed Date: 10/20/2019  
341 Hearing Date: 11/21/2019  
Confirmation Date: 04/08/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $1,045.00 | 89113500 | 02/01/2023 | $1,045.00 | 89709980 | 03/02/2023 | $1,045.00 | 90258140 |
| 04/03/2023 | $1,045.00 | 90857590 | 05/01/2023 | $1,045.00 | 91420690 | 06/02/2023 | $1,045.00 | 91962340 |
| 07/03/2023 | $1,045.00 | 92511750 | 08/02/2023 | $1,045.00 | 93032980 | 09/05/2023 | $1,045.00 | 93558690 |
| 10/03/2023 | $1,045.00 | 94096180 | 11/02/2023 | $1,045.00 | 94588210 | 12/04/2023 | $1,045.00 | 95085390 |
| 01/02/2024 | $1,045.00 | 95596790 | | | | | | |

**Total Receipts for the Period: $13,585.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $53,070.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael J. Carbotti | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian F. O'Malley | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2017, 2018 | Priority Creditors | $5,817.07 | $5,817.07 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $210.69 | $46.97 | $163.72 |
| 3 | DISCOVER BANK | Unsecured Creditors | $4,680.97 | $1,043.39 | $3,637.58 |
| 4 | DISCOVER BANK | Unsecured Creditors | $18,263.32 | $4,070.83 | $14,192.49 |
| 5 | LVNV FUNDING LLC<br>»»  CITIBANK/COSTCO | Unsecured Creditors | $4,633.02 | $1,032.71 | $3,600.31 |
| 6 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $3,196.33 | $712.47 | $2,483.86 |
| 7 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $3,422.47 | $762.87 | $2,659.60 |
| 8 | LVNV FUNDING LLC<br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $1,834.51 | $397.66 | $1,436.85 |
| 9 | MERRICK BANK | Unsecured Creditors | $3,631.15 | $809.37 | $2,821.78 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,776.86 | $385.16 | $1,391.70 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,544.59 | $334.81 | $1,209.78 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,867.13 | $1,307.79 | $4,559.34 |
| 13 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,243.76 | $269.60 | $974.16 |
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,022.66 | $673.75 | $2,348.91 |
| 15 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,816.74 | $1,296.53 | $4,520.21 |
| 16 | VW CREDIT INC<br>»»  2019 VOLKSWAGEN JETTA/LEASE | Debt Secured by Vehicle | $20.94 | $20.94 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | TD BANK USA NA | Unsecured Creditors | $3,656.92 | $815.13 | $2,841.79 |
| 18 | Village Capital & Investment LLC<br>»» P/142 LIONS HEAD BOULEVARD S/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $10,458.86 | $2,331.30 | $8,127.56 |
| 20 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,109.01 | $240.39 | $868.62 |
| 21 | TOYOTA MOTOR CREDIT CORP<br>»» 2018 TOYOTA COROLLA/LEASE DEF BAL | Unsecured Creditors | $2,230.36 | $483.46 | $1,746.90 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/WAL-MART | Unsecured Creditors | $6,855.81 | $1,528.14 | $5,327.67 |
| 23 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $583.95 | $119.37 | $464.58 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/SEARS | Unsecured Creditors | $3,311.33 | $738.10 | $2,573.23 |
| 25 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE, NA/SAKS FIFTH AVE | Unsecured Creditors | $1,810.69 | $392.49 | $1,418.20 |
| 26 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $920.92 | $199.63 | $721.29 |
| 27 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,012.87 | $219.55 | $793.32 |
| 28 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,404.41 | $304.43 | $1,099.98 |
| 29 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $993.28 | $215.31 | $777.97 |
| 30 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $732.29 | $158.73 | $573.56 |
| 31 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/JCP | Unsecured Creditors | $985.53 | $213.63 | $771.90 |
| 32 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/BP | Unsecured Creditors | $6,705.16 | $1,494.56 | $5,210.60 |
| 33 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/MODELL'S MVP VISA | Unsecured Creditors | $14,239.78 | $3,174.07 | $11,065.71 |
| 34 | Verizon by American InfoSource as Agent | Unsecured Creditors | $291.76 | $65.03 | $226.73 |
| 35 | ALLY CAPITAL<br>»» 2018 SUBARU OUTBACK | Debt Secured by Vehicle | $34.92 | $34.92 | $0.00 |
| 36 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/CARECREDIT | Unsecured Creditors | $4,199.78 | $936.14 | $3,263.64 |
| 37 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/CARECREDIT | Unsecured Creditors | $5,170.02 | $1,152.41 | $4,017.61 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL/SYNCHRONY | Unsecured Creditors | $3,818.51 | $851.15 | $2,967.36 |
| 39 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL/SYNCHRONY | Unsecured Creditors | $1,473.07 | $319.31 | $1,153.76 |
| 40 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $2,400.96 | $520.44 | $1,880.52 |
| 41 | TD BANK, N.A. | Unsecured Creditors | $12,961.17 | $2,889.06 | $10,072.11 |
| 42 | TD BANK, N.A. | Unsecured Creditors | $9,679.10 | $2,157.49 | $7,521.61 |
| 43 | NJCLASS<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 44 | NJ DIVISION OF TAXATION<br>»» 2017-2018 | Priority Creditors | $4,940.13 | $4,940.13 | $0.00 |
| 45 | City of Philadelphia<br>»» PARKING FINES | Priority Creditors<br>Hold Funds: Per Plan | $993.00 | $0.00 | $993.00 |
| 46 | New York City Department of Finance<br>»» PARKING FINES/ ORDER 10/12/23 | Priority Creditors | $405.00 | $405.00 | $0.00 |
| 47 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS/ADMIN CLAIMS | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-29782 / MBK**

|  | SUMMARY |  |  |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $53,070.00 | Plan Balance: | $9,630.00 ** |
| Paid to Claims: | $45,881.29 | Current Monthly Payment: | $1,045.00 |
| Paid to Trustee: | $4,136.62 | Arrearages: | $225.00 |
| Funds on Hand: | $3,052.09 | Total Plan Base: | $62,700.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**