Certificate Number: 17082-NJ-DE-038946143

Bankruptcy Case Number: 19-29782



17082-NJ-DE-038946143

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2024, at 2:14 o'clock PM MST, MICHAEL J CARBOTTI completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 8, 2024                                  By:      /s/Orsolya K Lazar

                                                         Name:   Orsolya K Lazar

                                                         Title:  Executive Director