**FILED**
JEANNE A. NAUGHTON, CLERK
NOV - 4 2024
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| In Re: |
| Michael J. Carbotti |
| Joanne M. Carbotti, |
| Debtors. |

Case No.: 19-29782

Chapter: 13

Judge: Michael B. Kaplan

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Michael J. Carbotti, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/9/24

_____
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>Michael J. Carbotti<br>Joanne M. Carbotti,<br>Debtors. | Case No.: 19-29782<br>Chapter: 13<br>Judge: Michael B. Kaplan |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Joanne M. Carbotti, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/9/2024

Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

*Brian F. O'Malley, Attorney at Law*

*44 Princeton Avenue*
*Brick Township, New Jersey 08724*
*(732) 262-5300 Fax (848) 232-2063*
*brian@brianomalleylaw.com*

October 31, 2024

Office of the Clerk
U.S. Bankruptcy Court
Clarkson Fisher Courthouse
402 East State Street
Trenton, N.J. 08608

    Re: In Re Carbotti, Michael and Joanne
        Chapter 13 case No. 19-29782

Dear Clerk:

Attached please find Certifications in Support of Discharge executed by each of the Debtors in the above matter, which are submitted for filing.

Thank you for your attention to this matter.

Very truly yours,

BRIAN F. O'MALLEY

BFO'M/ms

I F. O'MALLEY, ESQ
TORNEY AT LAW
IINCETON AVENUE
OWNSHIP, N.J. 08724.

TRENTON NJ 085
1 NOV 2024 PM 6

Office of The Clerk
U.S. Bankruptcy Court
402 East State Street
Trenton N.J. 08608

08608-150705