Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−29782−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael J. Carbotti
142 Lions Head Boulevard South
Brick, NJ 08723

Joanne M. Carbotti
142 Lions Head Boulevard South
Brick, NJ 08723

Social Security No.:
xxx−xx−8533

xxx−xx−9014

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on February 19, 2025.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 20, 2025
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael J. Carbotti  
Joanne M. Carbotti  
    Debtors

Case No. 19-29782-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Feb 20, 2025      Form ID: 148      Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Carbotti, Joanne M. Carbotti, 142 Lions Head Boulevard South, Brick, NJ 08723-7823 |
| 518520739 | | BP Visa Signature Credit Card/Synchrony, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 518520744 | + | Capital One/ Sachs Ffth Avenue, 3455 Highway 80 West, Jackson, MS 39209-7202 |
| 520062618 | | City of New York, Department of Finance, Church Street Station, P.O. Box 3640, New York NY 10009 |
| 518520749 | + | Costco Visa By Citi, PO Box 9001016, Louisville, KY 40290-1016 |
| 518520754 | | EZ Pass Violation Processing, PO Box 52005, Newark, NJ 07101-8205 |
| 518520756 | | First Premier Bank, PO Box 5619, Sioux Falls, SD 57117-5519 |
| 518682676 | + | NJCLASS, PO Box 548, Trenton, NJ 08625-0548 |
| 518520765 | + | New Jersey Division of Pensions, and Benefits, 50 West State Street, Trenton, NJ 08608-1220 |
| 518739336 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518520775 | | TD Bank Visa, PO Box 100290, Fenwick, WV 26202-3290 |
| 518645680 | + | TD Bank, N.A., c/o Janelly Landa, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518639805 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |
| 518583573 | + | Village Capital & Investment, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 20 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 20 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518520738 | + | EDI: GMACFS.COM | Feb 21 2025 01:38:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 518627430 | | EDI: GMACFS.COM | Feb 21 2025 01:38:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 519262356 | + | EDI: AISACG.COM | Feb 21 2025 01:38:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519262356 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 20 2025 21:52:54 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518620771 | | EDI: Q3GTBI | Feb 21 2025 01:38:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518520748 | | Email/Text: megan.harper@phila.gov | Feb 20 2025 21:15:00 | City of Philadelphia, 1401 John F. Kennedy Boulevard, Suite 1330, Philadelphia, PA 19102 |

Case 19-29782-MBK    Doc 58    Filed 02/22/25    Entered 02/23/25 00:15:51    Desc Imaged
                          Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Feb 20, 2025 | Form ID: 148 | Total Noticed: 71 |

| | | | | |
| --- | --- | --- | --- | --- |
| 518588420 | | EDI: CRFRSTNA.COM | Feb 21 2025 01:38:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518520741 | + | EDI: CAPITALONE.COM | Feb 21 2025 01:38:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 518520741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 21:20:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 518520740 | + | EDI: CAPITALONE.COM | Feb 21 2025 01:38:00 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 518520740 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 21:20:50 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 518552978 | + | EDI: AIS.COM | Feb 21 2025 01:39:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518552978 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 20 2025 21:20:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518520742 | | EDI: CAPITALONE.COM | Feb 21 2025 01:38:00 | Capital One Platinum Mastercard, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518520742 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 21:19:58 | Capital One Platinum Mastercard, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518609303 | | Email/PDF: bncnotices@becket-lee.com | Feb 20 2025 21:20:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518520745 | | EDI: SYNC | Feb 21 2025 01:38:00 | Care Credit, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518520745 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 21:52:43 | Care Credit, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518520747 | + | EDI: JPMORGANCHASE | Feb 21 2025 01:38:00 | Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 518520747 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 20 2025 21:52:51 | Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 518520750 | + | EDI: CRFRSTNA.COM | Feb 21 2025 01:38:00 | Credit First NA, PO Box 81344, Cleveland, OH 44188-0001 |
| 518520752 | | EDI: DISCOVER | Feb 21 2025 01:38:00 | Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 518520763 | | EDI: CITICORP | Feb 21 2025 01:38:00 | Macys, PO Box 183083, Columbus, OH 43218 |
| 518631902 | | EDI: Q3G.COM | Feb 21 2025 01:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518520751 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 20 2025 21:14:00 | Department of Education, PO Box 2837, Portland, OR 97208-2837 |
| 518530600 | | EDI: DISCOVER | Feb 21 2025 01:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518520755 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 20 2025 21:13:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103 |
| 518520757 | | EDI: AMINFOFP.COM | Feb 21 2025 01:38:00 | First Premier Bank, Credit Card department, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 518520757 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 20 2025 21:36:44 | First Premier Bank, Credit Card department, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 518520759 | + | EDI: IRS.COM | Feb 21 2025 01:38:00 | IRS, Central Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518629394 | | EDI: JEFFERSONCAP.COM | Feb 21 2025 01:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |

Case 19-29782-MBK    Doc 58    Filed 02/22/25    Entered 02/23/25 00:15:51    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: 148 | Total Noticed: 71 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518559102 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 20 2025 21:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518520760 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 20 2025 21:11:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518539739 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2025 21:20:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518520761 | + | EDI: CAPITALONE.COM | Feb 21 2025 01:38:00 | Lord and Taylor, PO Box 71106, Charlotte, NC 28272-1106 |
| 518520761 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2025 21:20:18 | Lord and Taylor, PO Box 71106, Charlotte, NC 28272-1106 |
| 518520762 | + | EDI: SYNC | Feb 21 2025 01:38:00 | Lowes, PO Box 1111, North Wilkesboro, NC 28659-1111 |
| 518520762 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 21:19:57 | Lowes, PO Box 1111, North Wilkesboro, NC 28659-1111 |
| 518550140 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 20 2025 21:20:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518520764 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 20 2025 21:20:00 | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 518617010 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 20 2025 21:14:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518839826 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 20 2025 21:12:00 | New Jersey Turnpike Authority, Mark Schneider, Esq., 1 Turnpike Plaza, PO Box 5042, Woodbridge, NJ 07095 |
| 518520766 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 20 2025 21:12:00 | New Jersey Turnpike Authority, P.O. Box 4971, Trenton, NJ 08650 |
| 518520767 | | Email/Text: USCOURTSEBN@finance.nyc.gov | Feb 20 2025 21:12:00 | New York City Department of Finance, Church Street Station, PO Box 3640, New York, NY 10008-3640 |
| 519585663 | | EDI: PRA.COM | Feb 21 2025 01:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519585664 | | EDI: PRA.COM | Feb 21 2025 01:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518610847 | | EDI: PRA.COM | Feb 21 2025 01:38:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518609299 | | EDI: PRA.COM | Feb 21 2025 01:38:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518520770 | + | EDI: SYNC | Feb 21 2025 01:38:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518520770 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 21:20:17 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518618152 | + | EDI: JEFFERSONCAP.COM | Feb 21 2025 01:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518622167 | | EDI: Q3G.COM | Feb 21 2025 01:38:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518631259 | ^ | MEBN | Feb 20 2025 20:57:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518522064 | ^ | MEBN | Feb 20 2025 20:57:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

Case 19-29782-MBK    Doc 58    Filed 02/22/25    Entered 02/23/25 00:15:51    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: 148 | Total Noticed: 71 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 518520774 | | EDI: TDBANKNORTH.COM | Feb 21 2025 01:39:00 | TD Bank NA, PO Box 84037, Columbus, GA 31908 |
| 518583304 | + | Email/Text: bncmail@w-legal.com | Feb 20 2025 21:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518520776 | + | EDI: SYNC | Feb 21 2025 01:38:00 | TJX Mastercard, PO Box 530949, Atlanta, GA 30353-0949 |
| 518520776 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 21:37:15 | TJX Mastercard, PO Box 530949, Atlanta, GA 30353-0949 |
| 518520773 | + | EDI: WTRRNBANK.COM | Feb 21 2025 01:38:00 | Target Card Services, Box 660170, Dallas, TX 75266-0170 |
| 518520777 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 20 2025 21:13:00 | Toyota Financial Services, PO Bx 5855, Carol Stream, IL 60197-5855 |
| 518609300 | | Email/PDF: bncnotices@becket-lee.com | Feb 20 2025 21:36:15 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518520778 | + | EDI: USAA.COM | Feb 21 2025 01:38:00 | USAA, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 518520781 | | EDI: G2RSVOLKSWGN | Feb 21 2025 01:39:00 | VW Credit, 1401 Franklin Boulevard, Libertyville, IL 60048 |
| 518563924 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 20 2025 21:12:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 518622250 | + | EDI: AIS.COM | Feb 21 2025 01:39:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518622250 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 20 2025 21:20:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518520782 | + | EDI: SYNC | Feb 21 2025 01:38:00 | Walmart, 702 Southwest 8th Street, Bentonville, AR 72716-6299 |
| 518520782 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 21:52:54 | Walmart, 702 Southwest 8th Street, Bentonville, AR 72716-6299 |
| 518520783 | | EDI: SYNC | Feb 21 2025 01:38:00 | Walmart Mastercard/Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 518520783 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 20 2025 21:20:36 | Walmart Mastercard/Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 72

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518520768 | | NJ CLASS |
| 518520769 | | NJHESAA, 4 Quakerbridge Plaza, PO Box 544, VI 00862-5000 |
| 518520780 | | Volkswagen Motor Credit |
| 518520743 | * | Capital One Platinum Mastercard, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518520746 | *+ | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518520753 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 518520758 | * | First Premier Bank, PO Box 5619, Sioux Falls, SD 57117-5519 |
| 519585665 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519585666 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Feb 20, 2025 | Form ID: 148 | Total Noticed: 71

| | | |
|---|---|---|
| 518520771 | *+ | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518520772 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 187, Trenton, NJ 08695 |

TOTAL: 3 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian F. O'Malley | on behalf of Joint Debtor Joanne M. Carbotti momalley14@aol.com |
| Brian F. O'Malley | on behalf of Debtor Michael J. Carbotti momalley14@aol.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Village Capital & Investment  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7