Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–29782–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Michael J. Carbotti | Joanne M. Carbotti |
| 142 Lions Head Boulevard South | 142 Lions Head Boulevard South |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
  xxx–xx–8533                                xxx–xx–9014

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: May 27, 2025            Michael B. Kaplan
                               Judge, United States Bankruptcy Court