| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Brian F. O'Malley, Esquire    (BFO'M 9802)<br>Attorney at Law<br>44 Princeton Avenue<br>Brick, N.J. 08724<br>(732) 262-5300<br>Attorney for the Debtor | Order Filed on July 17, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

Michael J. Carbotti and
Joanne M. Carbotti,

Debtors.

Case No.: 19-29782

Hearing Date: July 16, 2025

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: July 17, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____Brian F. O'Malley, Esq., attorney for the Debtors_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within 30 days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*