Form 149 − ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−29782−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael J. Carbotti
142 Lions Head Boulevard South
Brick, NJ 08723

Joanne M. Carbotti
142 Lions Head Boulevard South
Brick, NJ 08723

Social Security No.:
xxx−xx−8533

xxx−xx−9014

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

   NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 2/19/2025 has been vacated effective 7/17/2025.

Dated: July 17, 2025
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-29782-MBK
Michael J. Carbotti                                                                      Chapter 13
Joanne M. Carbotti
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 5
Date Rcvd: Jul 17, 2025 | Form ID: 149 | Total Noticed: 71

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Michael J. Carbotti, Joanne M. Carbotti, 142 Lions Head Boulevard South, Brick, NJ 08723-7823 |
| 518520739 | | BP Visa Signature Credit Card/Synchrony, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 518520744 | + | Capital One/ Sachs Ffth Avenue, 3455 Highway 80 West, Jackson, MS 39209-7202 |
| 520062618 | | City of New York, Department of Finance, Church Street Station, P.O. Box 3640, New York NY 10009 |
| 518520749 | + | Costco Visa By Citi, PO Box 9001016, Louisville, KY 40290-1016 |
| 518520754 | | EZ Pass Violation Processing, PO Box 52005, Newark, NJ 07101-8205 |
| 518520756 | | First Premier Bank, PO Box 5619, Sioux Falls, SD 57117-5519 |
| 518682676 | + | NJCLASS, PO Box 548, Trenton, NJ 08625-0548 |
| 518520765 | + | New Jersey Division of Pensions, and Benefits, 50 West State Street, Trenton, NJ 08608-1220 |
| 518739336 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518520775 | | TD Bank Visa, PO Box 100290, Fenwick, WV 26202-3290 |
| 518645680 | + | TD Bank, N.A., c/o Janelly Landa, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518639805 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 17 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 17 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518520738 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 17 2025 21:02:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 518627430 | | Email/Text: ally@ebn.phinsolutions.com | Jul 17 2025 21:02:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 519262356 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 17 2025 22:01:20 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518620771 | | Email/Text: bnc-thebureaus@quantum3group.com | Jul 17 2025 21:03:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518520748 | | Email/Text: megan.harper@phila.gov | Jul 17 2025 21:04:00 | City of Philadelphia, 1401 John F. Kennedy Boulevard, Suite 1330, Philadelphia, PA 19102 |
| 518588420 | | Email/Text: BKPT@cfna.com | Jul 17 2025 21:02:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518520741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2025 21:48:01 | Capital One, PO Box 71083, Charlotte, NC |

Case 19-29782-MBK    Doc 66    Filed 07/19/25    Entered 07/20/25 00:17:47    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Jul 17, 2025 | Form ID: 149 | Total Noticed: 71 |

| | | | | |
| --- | --- | --- | --- | --- |
| 518520740 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | 28272-1083 |
| | | | Jul 17 2025 21:18:02 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 518552978 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jul 17 2025 21:32:22 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518520742 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jul 17 2025 21:17:19 | Capital One Platinum Mastercard, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518609303 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Jul 17 2025 21:33:07 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518520745 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 17 2025 21:17:04 | Care Credit, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518520747 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 17 2025 21:19:10 | Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 518520750 | + | Email/Text: BKPT@cfna.com | | |
| | | | Jul 17 2025 21:02:00 | Credit First NA, PO Box 81344, Cleveland, OH 44188-0001 |
| 518520752 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 17 2025 21:02:00 | Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 518520763 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 17 2025 21:18:13 | Macys, PO Box 183083, Columbus, OH 43218 |
| 518631902 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 17 2025 21:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518520751 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Jul 17 2025 21:04:00 | Department of Education, PO Box 2837, Portland, OR 97208-2837 |
| 518530600 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 17 2025 21:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518520755 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jul 17 2025 21:03:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103 |
| 518520757 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Jul 17 2025 21:32:28 | First Premier Bank, Credit Card department, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 518520759 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jul 17 2025 21:03:00 | IRS, Central Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518629394 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jul 17 2025 21:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518559102 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jul 17 2025 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518520760 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jul 17 2025 21:33:46 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518539739 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 17 2025 21:34:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518520761 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jul 17 2025 21:47:37 | Lord and Taylor, PO Box 71106, Charlotte, NC 28272-1106 |
| 518520762 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 17 2025 21:33:40 | Lowes, PO Box 1111, North Wilkesboro, NC 28659-1111 |
| 518550140 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 17 2025 21:18:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518520764 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 17 2025 21:19:01 | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 518617010 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 17 2025 21:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518839826 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | | Jul 17 2025 21:02:00 | New Jersey Turnpike Authority, Mark Schneider, |

| | | | | |
|---|---|---|---|---|
| | | | | Esq., 1 Turnpike Plaza, PO Box 5042, Woodbridge, NJ 07095 |
| 518520766 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 17 2025 21:02:00 | New Jersey Turnpike Authority, P.O. Box 4971, Trenton, NJ 08650 |
| 518520767 | | Email/Text: USCOURTSEBN@finance.nyc.gov | Jul 17 2025 21:03:00 | New York City Department of Finance, Church Street Station, PO Box 3640, New York, NY 10008-3640 |
| 519585663 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 17 2025 21:47:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519585664 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 17 2025 21:47:58 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518610847 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 17 2025 21:19:32 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518609299 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 17 2025 21:33:43 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518520770 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2025 21:18:57 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518618152 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 17 2025 21:04:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518622167 | | Email/Text: bnc-quantum@quantum3group.com | Jul 17 2025 21:03:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518631259 | ^ | MEBN | Jul 17 2025 21:00:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518522064 | ^ | MEBN | Jul 17 2025 21:00:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518520774 | | Email/Text: bankruptcy@td.com | Jul 17 2025 21:04:00 | TD Bank NA, PO Box 84037, Columbus, GA 31908 |
| 518583304 | + | Email/Text: bncmail@w-legal.com | Jul 17 2025 21:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518520776 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2025 21:34:41 | TJX Mastercard, PO Box 530949, Atlanta, GA 30353-0949 |
| 518520773 | + | Email/Text: bncmail@w-legal.com | Jul 17 2025 21:03:00 | Target Card Services, Box 660170, Dallas, TX 75266-0170 |
| 518520777 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 17 2025 21:03:00 | Toyota Financial Services, PO Bx 5855, Carol Stream, IL 60197-5855 |
| 518609300 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 21:19:16 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518520778 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 17 2025 21:02:00 | USAA, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 518520781 | | Email/Text: vci.bkcy@vwcredit.com | Jul 17 2025 21:04:00 | VW Credit, 1401 Franklin Boulevard, Libertyville, IL 60048 |
| 518563924 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jul 17 2025 21:02:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 518622250 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2025 21:34:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518583573 | ^ | MEBN | Jul 17 2025 21:02:26 | Village Capital & Investment, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |

Case 19-29782-MBK    Doc 66    Filed 07/19/25    Entered 07/20/25 00:17:47    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 17, 2025 | Form ID: 149 | Total Noticed: 71 |

| 518520782 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2025 21:17:55 | Walmart, 702 Southwest 8th Street, Bentonville, AR 72716-6299 |
|---|---|---|---|
| 518520783 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2025 21:17:18 | Walmart Mastercard/Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518520768 | | NJ CLASS |
| 518520769 | | NJHESAA, 4 Quakerbridge Plaza, PO Box 544, VI 00862-5000 |
| 518520780 | | Volkswagen Motor Credit |
| 518520743 | * | Capital One Platinum Mastercard, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518520746 | *+ | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518520753 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 518520758 | * | First Premier Bank, PO Box 5619, Sioux Falls, SD 57117-5519 |
| 519585665 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519585666 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518520771 | *+ | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518520772 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 187, Trenton, NJ 08695 |

TOTAL: 3 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian F. O'Malley | on behalf of Joint Debtor Joanne M. Carbotti momalley14@aol.com |
| Brian F. O'Malley | on behalf of Debtor Michael J. Carbotti momalley14@aol.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Jul 17, 2025 | Form ID: 149 | Total Noticed: 71

Kevin Gordon McDonald
    on behalf of Creditor Village Capital & Investment  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7