UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Brian F. O'Malley, Esquire    (BFO'M 9802)
Attorney at Law
44 Princeton Avenue
Brick, N.J. 08724
(732) 262-5300
Attorney for the Debtor

Order Filed on July 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael J. Carbotti and
Joanne M. Carbotti,

        Debtors.

Case No.: 19-29782

Hearing Date: July 16, 2025

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: July 17, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of ____Brian F. O'Malley, Esq., attorney for the Debtors____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within _30_ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

2

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29782-MBK |
| Michael J. Carbotti | Chapter 13 |
| Joanne M. Carbotti | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Carbotti, Joanne M. Carbotti, 142 Lions Head Boulevard South, Brick, NJ 08723-7823 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 19, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Brian F. O'Malley | |
| | on behalf of Joint Debtor Joanne M. Carbotti momalley14@aol.com |
| Brian F. O'Malley | |
| | on behalf of Debtor Michael J. Carbotti momalley14@aol.com |
| Denise E. Carlon | |
| | on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Village Capital & Investment  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7