UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 26, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

BRIAN F. O'MALLEY, ESQ. 9802
44 Princeton Avenue
Bricktown, New Jersey  08724
(732) 262-5300
Attorney for The Debtors.

IN THE MATTER OF:

MICHAEL J. CARBOTTI and
JOANNE M. CARBOTTI,

    Debtors.

Case No. 19-29782 MBK

Hearing Date  09/06/2025

Judge MICHAEL B. KAPLAN

Chapter 13

ORDER GRANTING MOTION TO PERMIT THE
FILING OF A PROOF OF CLAIM OUT OF TIME
AND PAYMENT OF CLAIM

The relief set forth on the following page 2  is hereby ORDERED.

**DATED: September 26, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

This matter having been opened to the Court by Brian F. O'Malley, Esquire, upon a Motion seeking to leave to file a Proof of Claim on behalf of the City of Philadelphia Parking Authority out of time, and to pay that claim through their Chapter 13 Plan, and good cause having been shown, it is

ORDERED that:

1. The Debtors are granted leave to file a Proof of Claim n on behalf of the City of Philadelphia Parking Authority, and;

2. The Debtors are granted leave to pay the aforesaid claim through their Chapter 13 Plan; and

3. The Debtors have fourteen (14) days within which to pay the claim. After expiration of fourteen (14) days from the date of this Order, the case shall be closed.