UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 26, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

BRIAN F. O'MALLEY, ESQ. 9802
44 Princeton Avenue
Bricktown, New Jersey  08724
(732) 262-5300
Attorney for The Debtors.

IN THE MATTER OF:

MICHAEL J. CARBOTTI and
JOANNE M. CARBOTTI,

    Debtors.

Case No. 19-29782 MBK

Hearing Date   09/06/2025

Judge MICHAEL B. KAPLAN

Chapter 13

ORDER GRANTING MOTION TO PERMIT THE
FILING OF A PROOF OF CLAIM OUT OF TIME
AND PAYMENT OF CLAIM

The relief set forth on the following page 2  is hereby ORDERED.

**DATED: September 26, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

This matter having been opened to the Court by Brian F. O'Malley, Esquire, upon a Motion seeking to leave to file a Proof of Claim on behalf of the City of Philadelphia Parking Authority out of time, and to pay that claim through their Chapter 13 Plan, and good cause having been shown, it is

ORDERED that:

1. The Debtors are granted leave to file a Proof of Claim n on behalf of the City of Philadelphia Parking Authority, and;

2. The Debtors are granted leave to pay the aforesaid claim through their Chapter 13 Plan; and

3. The Debtors have fourteen (14) days within which to pay the claim. After expiration of fourteen (14) days from the date of this Order, the case shall be closed.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re:<br>Michael J. Carbotti<br>Joanne M. Carbotti<br>　　Debtors | Case No. 19-29782-MBK<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 26, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Carbotti, Joanne M. Carbotti, 142 Lions Head Boulevard South, Brick, NJ 08723-7823 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025　　　　　　　　Signature:　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian F. O'Malley | on behalf of Joint Debtor Joanne M. Carbotti momalley14@aol.com |
| Brian F. O'Malley | on behalf of Debtor Michael J. Carbotti momalley14@aol.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Village Capital & Investment LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7