**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:

Michael J. Carbotti
Joanne M. Carbotti

Debtor(s).

Case No. 19-29782-MBK
Chapter 13

## NOTICE OF APPEARANCE

**Village Capital & Investment, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 21st day of January, 2026, to the following:

Brian F. O`Malley
44 Princeton Avenue
Brick, NJ 08724
momalley14@aol.com
***Attorney for Debtor(s)***


Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
***Chapter 13 Trustee***


U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Michael J. Carbotti
142 Lions Head Boulevard South
Brick, NJ 08723

Joanne M. Carbotti
142 Lions Head Boulevard South
Brick, NJ 08723
***Debtor(s)***


                                                By:      /s/ Steven K. Eisenberg
                                                                     Steven K. Eisenberg, Esquire