FILED:BANKRUPTCY:NJB
2026 APR 13 PH2:03:14

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Michael J. Carbotti

Joanne M. Carbotti,

                    Debtors.

Case No.:      19-29782

Chapter:       13

Judge:         Michael B. Kaplan

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Joanne M . Carbotti _____, debtor in this case, certify as
follows:

1.  All payments required to be made by me under my plan have been made and are paid
    in full.

2.  ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts
    payable under court order or statute that were due on or before the date of this
    certification.

I certify under penalty of perjury that the above is true.

Date: 04/06/2026                           _____
                                            Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

FILED:BANKRUPTCY:NJB
2026 APR 13 PM2:03:06

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>Michael J. Carbotti<br><br>Joanne M. Carbotti,<br><br>　　　　　Debtors. | Case No.:　19-29782<br><br>Chapter:　13<br><br>Judge:　Michael B. Kaplan |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Michael J. Carbotti _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __4/6/26_____

_____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

# Brian F. O'Malley, Attorney at Law

### 44 Princeton Avenue
### Bricktown, New Jersey 08724
### (732) 262-5300 Fax (848) 232-2063
### E-Mail brian@brianomalleylaw.com

April 7, 2026

Office of the Clerk
U.S. Bankruptcy Court
Clarkson Fisher Courthouse
402 East State Street
Trenton, N.J. 08608

        Re: Chapter 13 Case No. 19-29782
            In Carbotti, Michael J. & Joanne M.

Dear Clerk:

    Attached please find Certifications in support of Discharge which have been executed by each of the Debtors in the above matter, which are submitted for filing.

    Thank you for your attention to this matter.

                        Very truly yours,

                        BRIAN F. O'MALLEY

BFO'M/ms
cc: Mr. & Mrs. Carbotti

BRIAN F. O'MALLEY, ESQ
ATTORNEY AT LAW
44 PRINCETON AVENUE
BRICK TOWNSHIP, N.J. 08724.

TRENTON NJ 085

9 APR 2026   PM 6  L

UNITED STATES
OF AMERICA

FOREVER/USA

ADDITIONAL OUNCE

OFFICe of The Clerk
U.S. BankrUptc 1 CourT
402 EAST StAte StreeT
TRENtON N. J. 08608

08608-150705