**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael J. Carbotti | Social Security number or ITIN   xxx–xx–8533 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Joanne M. Carbotti | Social Security number or ITIN   xxx–xx–9014 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   19–29782–MBK

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J. Carbotti                              Joanne M. Carbotti

4/13/26                                          **By the court:** Michael B. Kaplan
                                                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29782-MBK |
| Michael J. Carbotti | Chapter 13 |
| Joanne M. Carbotti | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 13, 2026 | Form ID: 3180W | Total Noticed: 73 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Carbotti, Joanne M. Carbotti, 142 Lions Head Boulevard South, Brick, NJ 08723-7823 |
| 518520739 | | BP Visa Signature Credit Card/Synchrony, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 518520744 | + | Capital One/ Sachs Ffth Avenue, 3455 Highway 80 West, Jackson, MS 39209-7202 |
| 520062618 | | City of New York, Department of Finance, Church Street Station, P.O. Box 3640, New York NY 10009 |
| 520775396 | + | City of Philadelphia Parking Authority, BAA, PO Box 41819, Philadelphia PA 19101-1819 |
| 518520754 | | EZ Pass Violation Processing, PO Box 52005, Newark, NJ 07101-8205 |
| 518520756 | | First Premier Bank, PO Box 5619, Sioux Falls, SD 57117-5519 |
| 518682676 | + | NJCLASS, PO Box 548, Trenton, NJ 08625-0548 |
| 518520765 | + | New Jersey Division of Pensions, and Benefits, 50 West State Street, Trenton, NJ 08608-1220 |
| 518520775 | | TD Bank Visa, PO Box 100290, Fenwick, WV 26202-3290 |
| 518645680 | + | TD Bank, N.A., c/o Janelly Landa, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518639805 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |

TOTAL: 12


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2026 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2026 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518520738 | + | EDI: GMACFS.COM | Apr 14 2026 00:50:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 518627430 | | EDI: GMACFS.COM | Apr 14 2026 00:50:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 519262356 | + | EDI: AISACG.COM | Apr 14 2026 00:50:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518620771 | | EDI: Q3GTBI | Apr 14 2026 00:50:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518520748 | | Email/Text: megan.harper@phila.gov | Apr 13 2026 20:56:00 | City of Philadelphia, 1401 John F. Kennedy Boulevard, Suite 1330, Philadelphia, PA 19102 |
| 518588420 | | EDI: CRFRSTNA.COM | Apr 14 2026 00:50:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518520741 | + | EDI: CAPITALONE.COM | Apr 14 2026 00:50:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 518520740 | + | EDI: CAPITALONE.COM | | |

District/off: 0312-3        User: admin        Page 2 of 5

Date Rcvd: Apr 13, 2026        Form ID: 3180W        Total Noticed: 73

| | | | | |
|---|---|---|---|---|
| | | | Apr 14 2026 00:50:00 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 518552978 | + | EDI: AIS.COM | | |
| | | | Apr 14 2026 00:50:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518520742 | | EDI: CAPITALONE.COM | | |
| | | | Apr 14 2026 00:50:00 | Capital One Platinum Mastercard, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518609303 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Apr 13 2026 21:04:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518520745 | | EDI: SYNC | | |
| | | | Apr 14 2026 00:50:00 | Care Credit, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518520747 | + | EDI: JPMORGANCHASE | | |
| | | | Apr 14 2026 00:50:00 | Chase Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 518520749 | + | EDI: CITICORP | | |
| | | | Apr 14 2026 00:50:00 | Costco Visa By Citi, PO Box 9001016, Louisville, KY 40290-1016 |
| 518520750 | + | EDI: CRFRSTNA.COM | | |
| | | | Apr 14 2026 00:50:00 | Credit First NA, PO Box 81344, Cleveland, OH 44188-0001 |
| 518520752 | | EDI: DISCOVER | | |
| | | | Apr 14 2026 00:50:00 | Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 518520763 | | EDI: CITICORP | | |
| | | | Apr 14 2026 00:50:00 | Macys, PO Box 183083, Columbus, OH 43218 |
| 518631902 | | EDI: Q3G.COM | | |
| | | | Apr 14 2026 00:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518520751 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Apr 13 2026 20:56:00 | Department of Education, PO Box 2837, Portland, OR 97208-2837 |
| 518530600 | | EDI: DISCOVER | | |
| | | | Apr 14 2026 00:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518520755 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Apr 13 2026 20:55:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103 |
| 518520757 | | EDI: AMINFOFP.COM | | |
| | | | Apr 14 2026 00:50:00 | First Premier Bank, Credit Card department, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 518520759 | + | EDI: IRS.COM | | |
| | | | Apr 14 2026 00:50:00 | IRS, Central Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518629394 | | EDI: JEFFERSONCAP.COM | | |
| | | | Apr 14 2026 00:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518559102 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Apr 13 2026 20:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518520760 | + | EDI: CAPITALONE.COM | | |
| | | | Apr 14 2026 00:50:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518539739 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 13 2026 21:04:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518520761 | + | EDI: CAPITALONE.COM | | |
| | | | Apr 14 2026 00:50:00 | Lord and Taylor, PO Box 71106, Charlotte, NC 28272-1106 |
| 518520762 | + | EDI: SYNC | | |
| | | | Apr 14 2026 00:50:00 | Lowes, PO Box 1111, North Wilkesboro, NC 28659-1111 |
| 518550140 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Apr 13 2026 21:04:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518520764 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Apr 13 2026 21:04:22 | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 518617010 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 13 2026 20:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518839826 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |

| | | | |
|---|---|---|---|
| | | Apr 13 2026 20:55:00 | New Jersey Turnpike Authority, Mark Schneider, Esq., 1 Turnpike Plaza, PO Box 5042, Woodbridge, NJ 07095 |
| 518520766 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 13 2026 20:55:00 | New Jersey Turnpike Authority, P.O. Box 4971, Trenton, NJ 08650 |
| 518520767 | Email/Text: USCOURTSEBN@finance.nyc.gov | Apr 13 2026 20:55:00 | New York City Department of Finance, Church Street Station, PO Box 3640, New York, NY 10008-3640 |
| 519585663 | EDI: PRA.COM | Apr 14 2026 00:50:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519585664 | EDI: PRA.COM | Apr 14 2026 00:50:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518610847 | EDI: PRA.COM | Apr 14 2026 00:50:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518609299 | EDI: PRA.COM | Apr 14 2026 00:50:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518520770 | + EDI: SYNC | Apr 14 2026 00:50:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518618152 | + EDI: JEFFERSONCAP.COM | Apr 14 2026 00:50:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518622167 | EDI: Q3G.COM | Apr 14 2026 00:50:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518739336 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 13 2026 20:55:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518520772 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 13 2026 20:55:00 | State of New Jersey, Division of Taxation, PO Box 187, Trenton, NJ 08695 |
| 518631259 | + EDI: PRA.COM | Apr 14 2026 00:50:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518522064 | + EDI: PRA.COM | Apr 14 2026 00:50:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518583304 | Email/Text: bncmail@w-legal.com | Apr 13 2026 20:56:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 518520774 | EDI: TDBANKNORTH.COM | Apr 14 2026 00:50:00 | TD Bank NA, PO Box 84037, Columbus, GA 31908 |
| 518520776 | + EDI: SYNC | Apr 14 2026 00:50:00 | TJX Mastercard, PO Box 530949, Atlanta, GA 30353-0949 |
| 518520773 | + EDI: WTRRNBANK.COM | Apr 14 2026 00:50:00 | Target Card Services, Box 660170, Dallas, TX 75266-0170 |
| 518520777 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 13 2026 20:56:00 | Toyota Financial Services, PO Bx 5855, Carol Stream, IL 60197-5855 |
| 518609300 | Email/PDF: bncnotices@becket-lee.com | Apr 13 2026 21:04:32 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518520778 | + Email/Text: bkelectronicnotices@usaa.com | Apr 13 2026 20:55:00 | USAA, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 518520781 | EDI: G2RSVOLKSWGN | Apr 14 2026 00:50:00 | VW Credit, 1401 Franklin Boulevard, Libertyville, IL 60048 |
| 518563924 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Apr 13 2026 20:55:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

District/off: 0312-3                                       User: admin                                       Page 4 of 5

Date Rcvd: Apr 13, 2026                                    Form ID: 3180W                                  Total Noticed: 73

| | | | | |
|---|---|---|---|---|
| 518622250 | + EDI: AIS.COM | | | |
| | | Apr 14 2026 00:50:00 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518583573 | ^ MEBN | | | |
| | | Apr 13 2026 20:55:36 | | Village Capital & Investment, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |
| 518520782 | + EDI: SYNC | | | |
| | | Apr 14 2026 00:50:00 | | Walmart, 702 Southwest 8th Street, Bentonville, AR 72716-6299 |
| 518520783 | EDI: SYNC | | | |
| | | Apr 14 2026 00:50:00 | | Walmart Mastercard/Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 61

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518520768 | | NJ CLASS |
| 518520769 | | NJHESAA, 4 Quakerbridge Plaza, PO Box 544, VI 00862-5000 |
| 518520780 | | Volkswagen Motor Credit |
| 518520743 | * | Capital One Platinum Mastercard, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518520746 | *+ | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518520753 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 518520758 | * | First Premier Bank, PO Box 5619, Sioux Falls, SD 57117-5519 |
| 519585665 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519585666 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518520771 | *+ | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |

TOTAL: 3 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Brian F. O'Malley | |
| | on behalf of Debtor Michael J. Carbotti momalley14@aol.com |
| Brian F. O'Malley | |

District/off: 0312-3                                    User: admin                                           Page 5 of 5
Date Rcvd: Apr 13, 2026                               Form ID: 3180W                                    Total Noticed: 73

on behalf of Joint Debtor Joanne M. Carbotti momalley14@aol.com

Kevin Gordon McDonald

on behalf of Creditor Village Capital & Investment  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Matthew K. Fissel

on behalf of Creditor Village Capital & Investment  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg

on behalf of Creditor Village Capital & Investment  LLC bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor Village Capital & Investment  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9